| Information to identify the case: | | |
|---|---|---|
| Debtor | Sovran Senior Living, LLC<br>Name | EIN: 42–3776524 |
| United States Bankruptcy Court | Western District of Virginia | Date case filed for chapter: 7   8/11/23 |
| Case number: | 23–60875 | |

Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Sovran Senior Living, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | c/o Suzanne Roski, Receiver<br>7229 Forest Avenue, Suite 102<br>Richmond, VA 23226 | |
| 4. **Debtor's attorney**<br>Name and address | Andrew S Goldstein<br>Magee Goldstein Lasky & Sayers, P.C.<br>PO Box 404<br>Roanoke, VA 24003 | Contact phone 540–343–9800<br>Email: agoldstein@mglspc.com |
| 5. **Bankruptcy trustee**<br>Name and address | Steven L Higgs(443448)<br>Steven L. Higgs, P.C.<br>9 Franklin Road, SW<br>Roanoke, VA 24011–2403 | Contact phone 540–400–7990<br>Email: trustee@higgslawfirm.com,admin@higgslawfirm.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Lynchburg Division<br>1101 Court St, Room 166<br>Lynchburg, VA 24504 | Hours open:<br>8:00 a.m. – 4:30 p.m.<br>Contact phone 434–845–0317<br>Date: 8/11/23 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 15, 2023 at 10:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**See attached list for meeting participation details.** |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| Bridge Line | Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|---|
|  | 13 | Micale | Zoom | Zoom ID: 603 226 2142 | Password: 341meeting |
|  | 13 | Scolforo | Zoom | Zoom ID: 852 568 9053 | Password: 341meeting |
| 3 | 7 | Callahan | By Telephone | 877–934–5491 | 9319497# |
| 4 | 7 | Farthing | By Telephone | 877–953–6090 | 8983497# |
| 5 | 7 | Goldstein | By Telephone | 877–492–0156 | 7313672# |
| 6 | 7 | Higgs | By Telephone | 877–960–3871 | 4647388# |
| 7 | 7 | Hutman | By Telephone | 866–527–4091 | 8515643# |
| 9 | 7 | Scott | By Telephone | 877–491–5685 | 9012607# |
| 10 | 7 | Stevens | By Telephone | 877–953–5197 | 7811951# |
| 11 | 7 | Vogel | By Telephone | 877–953–5927 | 9995849# |
| 1 |  | UST Roanoke Office | By Telephone | 877–451–9313 | 9499523# |

**Zoom Instructions:**

Five minutes before the scheduled time, go to: **zoom.us/join** and enter the Zoom ID and password listed next to the presiding trustee. Mute your mic until your case is called. Participants not able to log in may call **1–301–715–8592** and enter the Zoom ID and password listed next to the presiding trustee. Place your phone on mute until your case is called.

**Telephonic Instructions:**

Five minutes before the scheduled time, dial the call–in number and enter the passcode listed next to the presiding trustee. Place your phone on mute until your case is called.

United States Bankruptcy Court

Western District of Virginia

In re:     Case No. 23-60875-pmb

Sovran Senior Living, LLC     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6     User: admin     Page 1 of 2

Date Rcvd: Aug 11, 2023     Form ID: 309C     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sovran Senior Living, LLC, c/o Suzanne Roski, Receiver, 7229 Forest Avenue, Suite 102, Richmond, VA 23226-3765 |
| 5175776 | + | Anthros, 400 West Morse Blvd., Suite 203, Winter Park, FL 32789-4280 |
| 5175777 | + | BRALFCO, LLC, c/o Suzanne Roski, Receiver, 7229 Forest Avenue, Suite 102, Richmond, VA 23226-3765 |
| 5175778 | + | BRNURSCO, LLC, c/o Suzanne Roski, Receiver, 7229 Forest Avenue, Suite 102, Richmond, VA 23226-3765 |
| 5175779 | + | BRVA Properties, LLC, c/o Suzanne Roski, Receiver, 7229 Forest Avenue, Suite 102, Richmond, VA 23226-3765 |
| 5175780 | + | Carolina Ambulance, Specialty Transport, PO Box 524, Richlands, NC 28574-0524 |
| 5175781 | | CenturyLink Business Services, PO Box 4300, Carol Stream, IL 60197-4300 |
| 5175783 | + | Commonwealth Home Health Care, Inc., 479 Piney Forest Road, Danville, VA 24540-4044 |
| 5175785 | + | Duplin County, PO Box 968, Kenansville, NC 28349-0968 |
| 5175786 | + | E-Hounds, 32815 US 19 North, Suite 100, Palm Harbor, FL 34684-3145 |
| 5175789 | | Flexential, 9417 Corporate Lake Drive, Tampa, FL 33634-2359 |
| 5175790 | + | Fultz Mattox Dickens PLC, 101 S Fifth Street, Suite 2700, Louisville, KY 40202-3217 |
| 5175791 | + | Healthcare Services Group, Inc., 3220 Tillman Drive, Suite 300, Bensalem, PA 19020-2028 |
| 5175792 | ++ | MEDLINE INDUSTRIES INC, ATTN ANNE KISHA, ONE MEDLINE PL, MUNDELEIN IL 60060-4486 address filed with court:, Medline Industries, Inc., PO Box 382075, Pittsburgh, PA 15251-8075 |
| 5175793 | + | NC Healthcare Facilities Assoc., 5109 Bur Oak Circle, Raleigh, NC 27612-3101 |
| 5175794 | + | New Tech Computer Systems, LLC, PO Box 51367, Shreveport, LA 71135-1367 |
| 5175795 | + | Omega Healthcare Investors, 303 International Circle, Suite 200, Cockeysville, MD 21030-1359 |
| 5175796 | + | Payeezy, 5565 Glenridge Connector, NE, Suite 2000, Atlanta, GA 30342-4799 |
| 5175797 | + | Prime Care Technologies, 6650 Sugarloaf Parkway, Suite 400, Duluth, GA 30097-4503 |
| 5175798 | + | Pye Barker Fire & Safety, LLC, PO Box 714812, Cincinnati, OH 45271-4812 |
| 5175799 | + | RehabCare Group East LLC, 680 S Fourth Street, Louisville, KY 40202-2407 |
| 5175800 | + | Robert B. Somers, PLLC, 202 High Canyon Court, Richardson, TX 75080-2670 |
| 5175801 | + | Robert Flinn Records Center, PO Box 12049, Naples, FL 34101-2049 |
| 5175802 | + | Southern Pharmacy, PO Box 382, Kinston, NC 28502-0382 |
| 5175803 | + | Stallings of Kenansville, PO Box 455, Kenansville, NC 28349-0455 |
| 5175805 | + | The Wright Group Consulting, PO Box 3188, Roanoke, VA 24015-1188 |
| 5175807 | + | Warsaw Heating & Air, PO Box 494, Warsaw, NC 28398-0494 |
| 5175808 | | Waste Industries, PO Box 791519, Baltimore, MD 21279-1519 |
| 5175809 | | Waste Management, PO Box 4648, Carol Stream, IL 60197-4648 |
| 5175788 | | eSolutions, WS #165, PO Box 414378, Kansas City, MO 64141-4378 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: agoldstein@mglspc.com | Aug 11 2023 20:55:00 | Andrew S Goldstein, Magee Goldstein Lasky & Sayers, P.C., PO Box 404, Roanoke, VA 24003 |
| tr | EDI: BSLHIGGS.COM | Aug 12 2023 00:49:00 | Steven L Higgs(443448), Steven L. Higgs, P.C., 9 Franklin Road, SW, Roanoke, VA 24011-2403 |
| 5175782 | EDI: COMCASTCBLCENT | Aug 12 2023 00:49:00 | Comcast Business, PO Box 70219, Philadelphia, PA 19176-0219 |
| 5175784 | Email/PDF: PECBANKRUPTCY@duke-energy.com | Aug 11 2023 21:04:29 | Duke Energy Progress, PO Box 1003, Charlotte, |

| District/off: 0423-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2023 | Form ID: 309C | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 5175787 | Email/Text: bankruptcynotices@ecolab.com | Aug 11 2023 20:56:00 | EcoLab Pest Elimination, 26252 Network Place, Chicago, IL 60673-1262 | |
| 5175804 | Email/Text: BankruptcyNotice@Stericycle.com | Aug 11 2023 20:55:00 | Stericycle, PO Box 6582, Carol Stream, IL 60197-6582 | |
| 5175806 | + Email/Text: bankruptcyecf.shared@usfoods.com | Aug 11 2023 20:56:00 | US Foods, Inc., PO Box 602286, Charlotte, NC 28260-2286 | |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2023    Signature:    /s/Gustava Winters